IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE WHITE and LAMONT SMALL, on behalf of themselves and all others similarly situated,<br><br>                       Plaintiffs,<br><br>  -against-<br><br>ADVANCED CARDIOVASCULAR DIAGNOSTICS, PLLC, and PERRY FRANKEL,<br><br>                       Defendants. | Case No. 22 Civ. 2587 (AMD) (JMW) |

## NOTICE OF ACCEPTANCE OF OFFER PURSUANT TO FED. R. CIV. P. 68

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiffs Nicole White and Lamont Small hereby accept Defendants' Offer of Judgment, dated June 1, 2023, attached hereto as Exhibit A.

Dated:  Melville, New York
          June 1, 2023

                                                Respectfully submitted,

                                                By: /s/ Troy L. Kessler
                                                        Troy L. Kessler

                                               **KESSLER MATURA P.C.**
                                               Troy L. Kessler
                                               Jocelyn Small
                                               534 Broadhollow Road, Suite 275
                                               Melville, NY 11747
                                               (631) 499-9100
                                               tkessler@kesslermatura.com
                                               jsmall@kesslermatura.com

                                               *Attorneys for Plaintiffs and*
                                               *the Putative Class and Collective Actions*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NICOLE WHITE and LAMONT SMALL,** on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>-against-<br><br>**ADVANCED CARDIOVASCULAR DIAGNOSTICS, PLLC, and PERRY FRANKEL,**<br><br>**Defendants.** | Case No. 22 Civ. 2587 (AMD) (JMW) |

## OFFER OF JUDGMENT

To:   Kessler Matura P.C.
      534 Broadhollow Road, Suite 275
      Melville, New York 11747

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, hereby serve, but does not file, this Offer of Judgment as follows:

Defendants Advanced Cardiovascular Diagnostics, PLLC, and Perry Frankel, offer to allow judgment to be taken against Defendant in favor of Plaintiffs Nicole White and Lamont Small in the total amount of Forty-Five Thousand dollars ($45,000.00), inclusive of all of Plaintiffs' claims for relief in this action, damages, liquidated damages, penalties, interest, employee taxes, attorneys' fees, post-judgment attorneys' fees, statutory costs and disbursements. If Plaintiffs accepts this Offer of Judgment, Plaintiffs will not be entitled to any additional monies from Defendants, including but not limited to, additional damages, liquidated damages, penalties, employee taxes, attorneys' fees, interest, and/or costs and disbursements, and no further

payment(s) will be due from Defendants with respect to this matter. Acceptance of this Offer of Judgment will act to dismiss with prejudice all claims raised by Plaintiffs in this action.

This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68 and is not to be construed as an admission that Defendants are liable in any manner whatsoever in this action, or that Plaintiffs have suffered any damage, or that Defendants have in any manner or in any way violated any of Plaintiffs' rights.

This Offer of Judgment shall be inclusive of all fees, costs, and awards, including attorneys' fees for which the Plaintiffs may be entitled to under applicable federal and/or state law.

Dated: 6/1/2023

DocuSigned by:
/s/ _____
7FA76D08BB424E1...
Perry Frankel, M.D.

Advanced Cardiovascular Diagnostics, PLLC

Dated: 6/1/2023

DocuSigned by:
/s/ _____
7FA76D08BB424E1...
By: Perry Frankel

Title: Md