UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NICOLE WHITE and LAMONT SMALL,
on behalf of themselves and all others similarly
situated,

|  |  |  |
|---|---|---|
| | Plaintiffs, | JUDGMENT |
| v. | | 22-cv-2587 (AMD) (JMW) |

ADVANCED CARDIOVASCULAR
DIAGNOSTICS, PLLC, and PERRY FRANKEL,

Defendants.
-------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 1, 2023;

and Defendants Advanced Cardiovascular Diagnostics, PLLC, and Perry Frankel, having offered

to allow entry of judgment to be taken against them and in favor of Plaintiffs Nicole White and

Lamont Small in the total amount of Forty-Five Thousand dollars ($45,000.00), inclusive of all

of Plaintiffs' claims for relief in this action, damages, liquidated damages, penalties, interest,

employee taxes, attorneys' fees, post-judgment attorneys' fees, statutory costs and

disbursements; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs Nicole White

and Lamont Small and against Defendants Advanced Cardiovascular Diagnostics, PLLC, and

Perry Frankel in the total amount of Forty-Five Thousand dollars ($45,000.00), inclusive of all of

Plaintiffs' claims for relief in this action, damages, liquidated damages, penalties, interest,

employee taxes, attorneys' fees, post-judgment attorneys' fees, statutory costs and

disbursements.

Dated: Brooklyn, New York
     June 13, 2023

Brenna B. Mahoney
Clerk of Court

By:    /s/Jalitza Poveda

Deputy Clerk